# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN CURTIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-3597 |
| CINTAS CORPORATION, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of January, 2017, upon consideration of the Motion to Dismiss or, Alternatively, to Stay Proceedings Pending Arbitration filed by Defendant, Cintas Corporation ("Cintas") (Doc. No. 2), the Response in Opposition filed by Plaintiff, Sean Curtis ("Curtis"), and Cintas' Reply, it is hereby **ORDERED** that:

1. the Motion is **GRANTED**.

2. we grant Cintas' request for a stay; therefore, the case is **STAYED**, and **ADMINISTRATIVELY CLOSED**, pending the resolution of arbitration.

3. Curtis's Motion to Amend Complaint (Doc. No. 9) is **DENIED** as futile.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE